## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Melissa Garza

                          Plaintiff,

v.                                               Case No.: 1:22–cv–03098
                                                       Honorable Matthew F. Kennelly

Nestle USA, Inc., et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 11, 2022:

      MINUTE entry before the Honorable Matthew F. Kennelly: The telephonic status hearing set for 11/14/2022 is vacated, at the Court's instance. The Court will set a further status hearing after it rules on the pending motion to dismiss. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.